**H1 LAW GROUP**
Jill Garcia, NV Bar No. 7805
jill@h1lawgroup.com
Amy L. Howard, NV Bar No. 13946
ahoward@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-703-1063

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERICO GARIBALDI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BOYD GAMING CORPORATION, a Nevada corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendant. | Case No. 2:21-cv-01444-GMN-DJA<br><br>**JOINT REQUEST STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF EARLY NEUTRAL EVALUATION SESSION**<br><br>**[First Request]** |

Plaintiff Federico Garibaldi ("Plaintiff") and Defendant Boyd Gaming Corporation ("Defendant") ("Parties"), by and through their respective undersigned counsel, submit the following Joint Request and [Proposed] Order to Continue the January 12, 2022 Early Neutral Evaluation ("ENE") [ECF No. 9] request as follows:

1. On August 31, 2021, the Court scheduled the ENE for December 10, 2021 and further set the deadline to submit Confidential ENE Statements for December 3, 2021. [ECF No. 9].

2. Due to a conflict in the Court's calendar, on November 17, 2021, the Court filed an Order Scheduling Early Neutral Evaluation Session ("Order") for January 12, 2022 and further set the deadline to submit Confidential ENE Statements for January 5, 2022. [ECF No. 17].

3. On January 5, 2021, the parties each submitted their Confidential ENE Statements to the Court.

1

4. Plaintiff just informed his counsel that he has accepted a job after a long and arduous three-year search for replacement employment. Unfortunately, Plaintiff's new job starts on Tuesday, January 11, 2022, and he has been unable to secure time off for the ENE currently scheduled for January 12, 2022.

5. Therefore, the Parties respectfully request the ENE Session be continued for thirty (30) days such that Plaintiff can establish his new employment and request time off to attend the ENE Session.

6. The Parties and their client representatives are available on February 28, 2022.

7. The Parties hereby request that the Court continue the January 12, 2022 ENE for February 28, 2022.

8. This Joint Request and Proposed Order is sought in good faith and not for the purposes of delay.

9. This is the first request to continue the ENE.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 6th day of January 2022. | Dated this 6th day of January 2022. |
| **H1 LAW GROUP** | **KAMER ZUCKER ABBOTT** |
| /s/Amy L. Howard | /s/Jen J. Sarafina |
| Jill Garcia, NV Bar No. 7805 | Jen J. Sarafina, NV Bar No. 9679 |
| jill@h1lawgroup.com | jsarafina@kzalaw.com |
| Amy L. Howard, NV Bar No. 13946 | Kaitlin H. Paxton, NV Bar No. 13625 |
| ahoward@hone.law | kpaxton@kzalaw.com |
| 701 N. Green Valley Parkway, Suite 200 | 3000 W. Charleston Blvd., Ste. 3 |
| Henderson, NV 89074 | Las Vegas, NV 89102 |
| Phone  702-608-3720 | Phone  702-259-8640 |
| Fax     702-703-1063 | Fax     702-259-8646 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### ORDER

IT IS ORDERED that ECF No. 18 is GRANTED. The Settlement Conference is rescheduled to 2/28/2022 at 9:00 a.m. IT IS FURTHER ORDERED that the pre-ENE Telephonic Conference set for 1/11/2022 is hereby VACATED and will not be rescheduled.

**IT IS SO ORDERED**

**DATED:** 1:09 pm, January 07, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2