KAMER ZUCKER ABBOTT
Jen J. Sarafina          #9679
Kaitlin H. Paxton        #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
jsarafina@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Boyd Gaming Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERICO GARIBALDI, an individual | Case No.: 2:21-cv-01444-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR STAY OF DISCOVERY UNTIL AFTER THE EARLY NEUTRAL EVALUATION** |
| BOYD GAMING CORPORATION, a Nevada corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

By and through their counsel below, Plaintiff Federico Garibaldi ("Plaintiff"), by and through his counsel of record, Hone Law, and Defendant Boyd Gaming Corporation ("Defendant"), by and through its counsel of record, Kamer Zucker Abbott, stipulate and request an order as follows:

**A.  Facts Relevant to Stay Requested**

1. Plaintiff filed his Complaint on August 3, 2021. [ECF No. 5].

2. Defendant filed its Answer to the Complaint on August 30, 2021. [ECF No. 7].

3. The parties filed their Stipulated Discovery Plan and Scheduling Order on September 28, 2021. [ECF No. 10]. The discovery cut-off date is currently February 28, 2022.

4. On August 31, 2021, the Court scheduled the Early Neutral Evaluation ("ENE") for

December 10, 2021 and further set the deadline to submit Confidential ENE Statements for December 3, 2021. [ECF No. 9].

5. Due to a conflict in the Court's calendar, on November 17, 2021, the Court filed an Order Scheduling Early Neutral Evaluation Session ("Order") for January 12, 2022 and further set the deadline to submit Confidential ENE Statements for January 5, 2022. [ECF No. 17].

6. Plaintiff accepted a new job requiring that he start on January 11, 2022 and was unable to secure time off for the ENE. Plaintiff's counsel informed Defendant's counsel of this scheduling issue on January 6, 2022. Thus, the parties requested the ENE be continued at least thirty days to ensure Plaintiff could secure time off to attend the ENE.

7. The Joint Request Stipulation and [Proposed] Order to Continue Date of Early Neutral Evaluation Session (First Request) was filed on January 6, 2022. [ECF. No. 18]. The Court granted the request and rescheduled the ENE for February 28, 2022 – the same day as discovery cut-off. [ECF No. 20].

8. While preparing for the ENE, the parties began engaging in discovery. Plaintiff served his First Set of Interrogatories and First Set of Requests for Production of Documents to Defendant on December 10, 2021. Defendant served its First Set of Interrogatories and First Set of Requests for Production of Documents to Plaintiff on December 17, 2021. Defendant also requested to available dates to take Plaintiff's deposition that same day.

9. As the parties want to focus their efforts on settling the matter at the ENE and wish to conserve expenses in the interim, they have agreed to postpone the exchange of requested documents and interrogatory responses and stay discovery until after the ENE.

10. This Stipulation is made for the purposes stated above and not for purposes of delay or any other improper purpose.

B. **Stay of Discovery**.

11. The parties agree to stay discovery in this matter until after the ENE, which is currently scheduled for **February 28, 2022**, should it fail.

12. If the parties do not reach agreement to settle by the conclusion of the ENE on February 28, 2022, the parties will file a new Discovery Plan and Scheduling Order no later than **March 7, 2022**.

Dated this 14th day of January, 2022.                Dated this 14th day of January, 2022.

Hone Law                                                                 KAMER ZUCKER ABBOTT

By: /s/ Amy L. Howard                                    By: /s/ Kaitlin H. Paxton
Jill Garcia                    #7805                              Jen J. Sarafina              #9679
Amy L. Howard          #13946                            Kaitlin H. Paxton          #13625
701 North Green Valley Parkway, Suite 200     3000 W. Charleston Blvd., Suite 3
Henderson, Nevada 89074                              Las Vegas, Nevada 89102
Tel. (702) 608-3720                                          Tel. (702) 259-8640
Fax (702) 703-1063                                          Fax (702) 2598646

Attorneys for Plaintiff                                       Attorneys for Defendant

## ORDER

For the reasons stated above, and for good cause, it is hereby ordered as follows:

1. Discovery is stayed until **February 28, 2022**.

2. If the parties do not reach agreement by the end of the ENE on February 28, 2022, the parties will file a new Discovery Plan and Scheduling Order no later than **March 7, 2022**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 18, 2022