KAMER ZUCKER ABBOTT
Jen J. Sarafina          #9679
Kaitlin H. Paxton       #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
jsarafina@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Boyd Gaming Corp.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERICO GARIBALDI, an individual | Case No. 2:21-cv-01444-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| BOYD GAMING CORPORATION, a Nevada corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.

/ / /

/ / /

/ / /

/ / /

/ / /

1. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

2. Dated this 3rd day of May, 2022.                           Dated this 3rd day of May, 2022.

    Hone Law                                                              KAMER ZUCKER ABBOTT

    By:  /s/Jill Garcia                                                    By:  /s/Kaitlin H. Paxton
         Jill Garcia            #7805                                          Jen J. Sarafina        #9679
         Amy L. Howard          #13946                                         Kaitlin H. Paxton      #13625
         701 North Green Valley Parkway, Suite 200                             3000 W. Charleston Blvd., Suite 3
         Henderson, Nevada 89074                                               Las Vegas, Nevada 89102
         Tel. (702) 608-3720                                                   Tel. (702) 259-8640
         Fax (702) 703-1063                                                    Fax (702) 2598646

    Attorneys for Plaintiff                                               Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated this __4__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

Page 2 of 2